**Sherry H. LONG, individually, and as parent and next friend of Samuel D. Long, a minor, and Anna R. Long, a minor, Plaintiffs–Appellants,**

v.

**BOARD OF EDUCATION OF JEFFERSON COUNTY, KENTUCKY; Stephen Daeschner, in his official capacity as Superintendent of the Jefferson Coun-**

ty Public School District; Atherton High School, 2000–2001 School Based Decision Making Council; John Hudson, Principal of Atherton High School, Defendants–Appellees.

No. 00–6710.

United States Court of Appeals, Sixth Circuit.

Aug. 7, 2001.

Before BOGGS and DAUGHTREY, Circuit Judges; WEBER, District Judge.*

Pro se Kentucky residents Sherry H., Samuel D., and Anna R. Long appeal a district court judgment that dismissed their civil suit that challenged the mandatory uniform dress code imposed at Atherton High School. The case has been referred to this panel pursuant to Rule 34(j)(1), Rules of the Sixth Circuit. We unanimously agree that oral argument is not needed. Fed. R.App. P. 34(a).

Proceeding pro se, the Longs sued Atherton High School, the school district, school administrators, and an advisory board that issued the dress code policy. The Longs sought a declaratory judgment of the policy's unconstitutionality, preliminary and permanent enjoinder of the policy, compensatory damages, and attorney's fees. The case advanced to the summary judgment stage, and the district court granted summary judgment in favor of the defendants.

Upon de novo review, *Boroff v. Van Wert City Bd. of Educ.*, 220 F.3d 465, 467 (6th Cir.2000), *cert. denied,* — U.S. —, 121 S.Ct. 1355, 149 L.Ed.2d 286 (2001), we conclude that the district court did not err by granting summary judgment for the defendants. *See Canady v. Bossier Par-*

---

* The Honorable Herman J. Weber, United States District Judge for the Southern District of Ohio, sitting by designation.

*ish Sch. Bd.*, 240 F.3d 437, 442–45 (5th Cir.2001).

Accordingly, the district court's judgment is affirmed for the reasons stated by that court in its November 14, 2000, memorandum opinion. *See Long v. Board of Educ. of Jefferson County, Ky.*, 121 F.Supp.2d 621 (W.D.Ky.2000). Rule 34(j)(2)(C), Rules of the Sixth Circuit.